

FILED

APR 2 3 2026

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

UNITED STATES OF AMERICA )
)
v. ) DOCKET NO. 4:26-MJ-29
) (Misdemeanor)
KENNETH PARKER II ) VA 19
)
) Court Date: May 11, 2026
) Time:  8:30 a.m.

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor) Ticket No. E2506227

THE UNITED STATES ATTORNEY CHARGES:

That on or about 12 February, 2026 at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, KENNETH PARKER II, operated a motor vehicle during the time for which his operator license was suspended or revoked. (In violation of Title 18, United States Code, Sections 7 & 13, assimilating Code of Virginia, Section 46.2-301.)

### COUNT TWO
(Petty) Ticket No. E2506228

THE UNITED STATES ATTORNEY CHARGES:

That on or about 12 February, 2026 at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, KENNETH PARKER II, failed to complete a proper stop at a posted stop sign.

(In violation of Title 18, United States Code, Sections 7 & 13, assimilating Code of Virginia, Section 46.2-821.)

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

By: *[signature]*

GREGORY M. GOUJON
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, VA 23604
Phone: (757) 878-9115
Email: gregory.m.goujon.mil@army.mil

## CERTIFICATE OF SERVICE

I certify that on _____, 2026, I caused a true and correct copy of the foregoing

Criminal Information to be mailed, postage prepaid, to the defendant and to any counsel

for the defendant known to the Government in the above-styled case.

GREGORY M. GOUJON
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Va 23604
Phone: (757) 878-9115
Email: gregory.m.goujon.mil@army.mil